# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

DANNY AND SHERRY BURNS

VERSUS

LUCAS RYAN SPENCE, DR.
DERRICK BROOKS, DR. ALFRED
MANSOUR, JR., RAPIDES
HEALTHCARE SYSTEM, LLC D/B/A
RAPIDES REGIONAL MEDICAL
CENTER, AND PROASSURANCE
SPECIALTY INSURANCE COMPANY,
INC.

NO.  2020 CW 0742

**SEPTEMBER 28, 2020**

---

In Re:    Alfred Mansour, Jr., M.D., applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 690202.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

                              JMM
                              GH
                              AHP

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT